In the Matter of the Arbitration between HAROLD G. ABBEY, Appellant, and HARRY MEYERSON et al., Respondents.

Argued February 22, 1949; decided April 7, 1949.

*Emil K. Ellis, Abraham J. Heller, Myron A. Ellis, Jonas Ellis* and *Abraham Beital* for appellant.

*Monroe Goldwater, Harry Rodwin* and *Milton Small* for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.